PROB 12C
(6/16)

Report Date: February 12, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kregg Anthony Hoyt | Case Number: 0980 2:14CR00168-TOR-10 |
| Address of Offender: | Spokane, Washington 99212 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 21, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 & 1349 |
| Original Sentence: | Prison - 71 months<br>TSR - 60 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| Date Supervision Commenced: | April 16, 2020 |
| Defense Attorney: | Federal Defender's Office |
| Date Supervision Expires: | April 15, 2025 |

## PETITIONING THE COURT

**To issue a warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |

   **Supporting Evidence**: On January 28, 2021, Mr. Hoyt is alleged to have violated mandatory condition 2 after being detained as a suspect for first degree theft, trafficking stolen property and criminal conspiracy, pursuant to Spokane County Sheriff's Office (SCSO) report 21-10010744.

   On April 17, 2020, Mr. Hoyt signed his judgment, indicating he understood all conditions ordered by the Court.  Specifically, Mr. Hoyt was made aware by his U.S. probation officer that he must not commit another federal, state or local crime.

   According to SCSO report 21-10010744, Mr. Hoyt was observed sleeping in his vehicle on January 28, 2021 at approximately 0938am. Officers on scene checked the registration of the trailer attached to Mr. Hoyt's truck and discovered the utility trailer had been reported stolen on January 26, 2021. Officer's contacted the owner of the trailer who responded to their location and observed additional items such as nail guns, chop saws and other tools belonging to the victim. When questioned how Mr. Hoyt acquired this property, he informed the officers he purchased it for $500 from a mutual friend he had just met. Mr. Hoyt admitted to not receiving any registration, title, or bill of sale for trailer. Furthermore, his intentions were to sell the tools to pawn shops and online platforms for supplemental

Prob12C
**Re: Hoyt, Kregg Anthony**
**February 12, 2021**
**Page 2**

income. It should be noted, the trailer, in addition to the tools recovered at the scene and those outstanding, totaled $5,500. At this time, Mr. Hoyt has not been charged as this report is under further investigation.

2   **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: On February 10, 2021, Mr. Hoyt is alleged to have violated mandatory condition 2, after being arrested for two counts of possession of controlled substance, and one count of possession of motor vehicle theft tools pursuant to SCSO report 21-10017303.

On April 17, 2020, Mr. Hoyt signed his judgment indicating he understood all conditions ordered by the Court.  Specifically, Mr. Hoyt was made aware by his U.S. probation officer that he must not commit another federal, state or local crime.

According to report SCSO 21-10017303, officers were dispatched following a report of a suspicious vehicle inside a construction site late on the evening of February 10, 2021. Mr. Hoyt was the sole occupant of vehicle in question. Upon initial contact, Mr. Hoyt was observed slumped over and unresponsive in the driver's seat. Officers could identify the driver's side cup holder and what appeared to be controlled substances and paraphernalia within plain view. After multiple attempts, the officers were finally able to wake up Mr. Hoyt. When exiting the vehicle, Mr. Hoyt appeared disoriented, unable to produce credentials, unfamiliar with his whereabouts or the name of employer. The officers found reasonable suspicion existed and performed a weapons frisk of Mr. Hoyt for officer safety. When conducting this frisk, officers removed a folded knife, and in doing so a bag containing methamphetamine and a set of "jiggler keys" were located. The officer noted, the keys found were altered in a way that is commonly used for gaining entry and/or theft of motor vehicles. Furthermore, a search of Mr. Hoyt's vehicle resulted in the discovery of additional controlled substances, specifically heroin, and what appeared to be anabolic steroids. Mr. Hoyt was then transported to the Spokane County Jail and booked for the aforementioned charges.

3   **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: On February 10, 2021, Mr. Hoyt is alleged to have violated mandatory condition 3, after being found in possession of several vials which appeared to contain anabolic steroids, pursuant to SCSO report 21-10017303.

On April 17, 2020, Mr. Hoyt signed his judgment indicating he understood all conditions ordered by the Court.  Specifically, Mr. Hoyt was made aware by his U.S. probation officer that he must not unlawfully possess a controlled substance.

According to SCSO report 21-10017303, responding officers obtained reasonable suspicion to search Mr. Hoyt's vehicle after locating methamphetamine in his possession. Inside the vehicle Mr. Hoyt was operating, officers located additional controlled substances.

Prob12C
**Re: Hoyt, Kregg Anthony**
**February 12, 2021**
**Page 3**

        Specifically, the officers located; heroin, two vials of Sustanon 270 milligrams/milliliters, two vials of trenbolone enanthate 200 milligrams/millilieters, one vial of drostanolone enanthate 100 milligrams/milliliters, one vial of boldenone undecylenate 300 milligrams/milliliters, and 1 vial of testosterone enanthate 250 milligrams/milliliters. According to SCSO report 21-10017303, Mr. Hoyt is being charged for the possession of illicit drugs, which tested presumptive positive for methamphetamine and heroin. More charges are pending the official testing of the substances by the Washington State Crime Lab. If the substances are confirmed as steroids, five additional charges for possession of a controlled substance will be forthcoming.

4        **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

        **Supporting Evidence**: On February 12, 2021, Mr. Hoyt is alleged to have violated mandatory condition 3 for using controlled substances.

        On April 17, 2020. Mr. Hoyt signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Hoyt was made aware by his U.S. probation officer that he must refrain from unlawful use of controlled substances.

        It is alleged that on or about February 10, 2021, Mr. Hoyt violated the mandatory condition 2 of his court order by consuming methamphetamine, heroin and marijuana, which are illegal controlled substances. Specifically, Mr. Hoyt provided a verbal admission to the use of illicit drugs prior to submitting a urine sample on February 12, 2021, at the drug testing facility. It is suspected, Pioneer Human Services' attendance roster will confirm Mr. Hoyt's admission to drug use with their results typically provided the following day.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/12/2021

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
**Re: Hoyt, Kregg Anthony**
**February 12, 2021**
**Page 4**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

February 16, 2021
Date