PROB 12C
(6/16)

Report Date: February 22, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Kregg Anthony Hoyt | | Case Number: 0980 2:14CR00168-TOR-10 |
| Address of Offender: | | Spokane, Washington 99212 |
| Name of Sentencing Judicial Officer: | The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: July 21, 2015 | | |
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 & 1349 | |
| Original Sentence: | Prison - 71 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: April 16, 2020 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: April 15, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/12/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: On February 21, 2021, Mr. Hoyt is alleged to have violated mandatory condition number 3 by using controlled substances.<br><br>On April 17, 2020, Mr. Hoyt signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Hoyt was made aware by his U.S. probation officer that he must refrain from unlawful use of controlled substances.<br><br>It is alleged that on or about February 21, 2021, Mr. Hoyt violated mandatory condition number 3 by consuming heroin, an illegal controlled substance. Specifically, Mr. Hoyt provided a verbal admission to the use of this illicit drug to the undersigned officer following the execution of an arrest warrant by the U.S. Marshals on February 22, 2021. |

Prob12C
Re: Hoyt, Kregg Anthony
February 22, 2021
Page 2

The U.S. Probation Office respectfully recommends the Court the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/12/2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 22, 2021

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   Other : Violation No. 5 is incorporated with Violations 1-4 previously reported to the Court. Defendant shall appear before the Magistrate Judge as directed.

Thomas O. Rice
United States District Judge

February 22, 2021
Date