PROB 12C
(6/16)

Report Date: October 12, 2021

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 12, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Kregg Anthony Hoyt | Case Number: | 0980 2:14CR00168-TOR-10 |
| Address of Offender: | ▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99212 | | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 21, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 & 1349 |
| Original Sentence: | Prison - 71 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| | Date Supervision Commenced: April 16, 2020 |
| Defense Attorney: | Lorinda Meier Youngcourt |
| | Date Supervision Expires: April 15, 2025 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: On September 24, 2021, Kregg Hoyt allegedly violated mandatory condition 2. Spokane County Sheriff's Office (SCSO) crime check report, number 2021-10128093, indicates Mr. Hoyt is the alleged suspect for second degree building theft and second degree identity theft/credit card fraud.<br><br>On April 17, 2020, Mr. Hoyt signed his judgement, indicating he understood all conditions ordered by the Court. Specifically, Mr. Hoyt was made aware by his U.S. probation officer that he must not commit another federal, state or local crime.<br><br>According to narrative in SCSO report 2021-10128093, Mr. Hoyt sold various tools using a social media platform. The purchaser met with Mr. Hoyt to complete the sales transaction. The purchaser believed the tools may have been stolen and reached out to Mr. Hoyt's previous employer. Mr. Hoyt's previous employer confirmed they were in fact property of his business and the items were returned.<br><br>This behavior intrigued his previous employer and he began looking into other behaviors of Mr. Hoyt. The previous employer learned there were several unauthorized purchases at local |

Prob12C
**Re: Hoyt, Kregg Anthony**
**October 12, 2021**
**Page 2**

businesses that took place at the same time these tools were sold. It is the belief of the previous employer that Mr. Hoyt is responsible for these transactions.

When inquiring about the information contained in the SCSO report with Mr. Hoyt, he adamantly denied selling tools. However, Mr. Hoyt did admit to the undersigned officer to using the company credit card for fueling purposes due too not receiving his paycheck in a timely manner. Additionally, Mr. Hoyt reported he had paid his previous employer back for the fuel purchases.

2   **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: On September 24, 2021, Kregg Hoyt allegedly violated standard condition 6 by failing to notify the probation officer at least ten days prior to any change in his employment.

On April 17, 2020, Mr. Hoyt signed his judgement, indicating he understood all conditions ordered by the Court. Specifically, Mr. Hoyt was made aware by his U.S. probation officer that he must notify the probation officer at least ten days prior to any change in his employment.

The undersigned officer received a call from Mr. Hoyt's previous employer and learned that he had been let go from his job on or about September 16, 2021. The undersigned inquired about the reason for him being released and was informed Mr. Hoyt's performance was questionable regarding his time management, unauthorized purchases on company credit cards, as well as the theft of various tools.

The undersigned officer questioned Mr. Hoyt about the information received from the previous employer, in which he shared he quit this position due to its toxic environment, and that communicating this change with the undersigned officer had slipped his mind.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/12/2021

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
**Re: Hoyt, Kregg Anthony**
**October 12, 2021**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X] The Issuance of a Summons
[ ]  Other

*signature*
Thomas O. Rice
United States District Judge

October 12, 2021
Date