PROB 12C
(6/16)

Report Date: November 1, 2021

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 01, 2021**

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Kregg Anthony Hoyt     Case Number: 0980 2:14CR00168-TOR-10

Address of Offender: ███████████, Spokane Valley, Washington 99212

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 21, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 & 1349 | | |
| Original Sentence: | Prison - 71 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George JC Jacobs , III | Date Supervision Commenced: | April 16, 2020 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: | April 15, 2025 |

**PETITIONING THE COURT**

To **issue a warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/12/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
3 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
 | **Supporting Evidence**: On October 28, 2021, Kregg Hoyt allegedly violated standard condition number 3 by failing to follow the instructions of the probation officer to report for treatment services.
 | On April 17, 2020, Mr. Hoyt signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Hoyt was made aware by his U.S. probation officer that he must follow the instructions of the probation officer to report for treatment services.
 | It is alleged that on October 28, 2021, Mr. Hoyt failed to report for a random urinalysis at Pioneer Human Services (PHS) when his assigned color was identified for testing. The undersigned officer communicated with the offender's PHS counselor and was informed that Mr. Hoyt had arrived as their facility was closing and he was not authorized to provide a urine sample. PHS counselors shared with Mr. Hoyt their policy and that no exceptions would be made. This upset Mr. Hoyt and it was reported he slammed their business doors creating a scene. PHS counselors noted Mr. Hoyt was also unauthorized to participate in counseling services that day because his behavior was of concern and his physical appearance looked unwell.

Prob12C
Re: Hoyt, Kregg Anthony
November 1, 2021
Page 2

| | | |
|---|---|---|
| | 4 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: On October 29, 2021, Mr. Hoyt allegedly violated mandatory condition number 3 by using controlled substances.

On April 17, 2020, Mr. Hoyt signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Hoyt was made aware by his U.S. probation officer that he must refrain from the unlawful use of controlled substances.

It is alleged that on October 29, 2021, Mr. Hoyt violated mandatory condition number 3 by consuming heroin, methamphetamine, and marijuana, all of which are illegal controlled substances. Following his initial Court appearance on that date, Mr. Hoyt was asked to report to the U.S. Probation Office for a random urine sample. The U.S. probation officer collecting the sample observed what appeared to be a deception device being used by Mr. Hoyt in an attempt to pass his urinalysis. The U.S. probation officer directed Mr. Hoyt to remove the deception device, and he complied. Furthermore, Mr. Hoyt admitted to recent use of heroin, methamphetamine, and marijuana and his urine sample would test positive for these illicit controlled substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/01/2021

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.

Thomas O. Rice
United States District Judge
November 1, 2021
Date