PROB 12C
(6/16)

Report Date: November 19, 2021

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2021

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kregg Anthony Hoyt                Case Number: 0980 2:14CR00168-TOR-10

Address of Offender: ███████████████, Spokane Valley, Washington 99212

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 21, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 & 1349 |
| Original Sentence: | Prison - 71 months     Type of Supervision: Probation |
| | TSR - 60 months |
| Asst. U.S. Attorney: | George J. C. Jacobs, III     Date Supervision Commenced: April 16, 2020 |
| Defense Attorney: | Lorinda Meier Youngcourt     Date Supervision Expires: April 15, 2025 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/12/2021 and 11/1/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On November 14, 2021, Mr. Hoyt allegedly violated mandatory condition number 2 for being arrested in Kootenai County, Idaho for: burglary, possession of burglary tools, possession of controlled substance - methamphetamine, possession of controlled substance - marijuana, and possession of drug paraphernalia, pursuant to Post Falls Police Department (PFPD) incident report number 21PF32388.

On April 17, 2020, Mr. Hoyt signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Hoyt was made aware by his U.S. probation officer that he must not commit another federal, state or local crime.

According to PFPD report number 21PF32388, local law enforcement officers were dispatched to a call for service regarding a suspicious person. The victim in this case exited their business,  observed an unidentified male inside their vehicle and provided a description of the male's clothing to reporting agencies. Officers arrived on scene and conducted a search of the property with the use of their K9 officer. The officers located Mr. Hoyt hiding on the premises, matching the description given by the victims, and successfully detained

him. Upon a search of Mr. Hoyt's belongings officers located: marijuana, heroin residue, methamphetamine, drug paraphernalia and burglary tools. Furthermore, the business was equipped with video surveillance, capturing the unfolding events and supported their investigation.

6    **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: On November 14, 2021, Mr. Hoyt allegedly violated mandatory condition number 2 by committing the crimes of possession of controlled substance - methamphetamine and possession of controlled substance - marijuana, pursuant to PFPD incident report number 21PF32388.

On April 17, 2020, Mr. Hoyt signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Hoyt was made aware by his U.S. probation officer that he shall not illegally possess a controlled substance.

According to PFPD incident report number 21PF32388, local law enforcement officers were dispatched to a call for service regarding a suspicious person. The victim in this case exited their business, observed an unidentified male inside their vehicle and provided a description of the male's clothing to reporting agencies. Officers arrived on scene and conducted a search of the property with the use of their K9 officer. The officers located Mr. Hoyt hiding on the premises, matching the description given by the victims, and successfully detained him. Upon a search of Mr. Hoyt's belongings officers located marijuana, heroin residue and methamphetamine.

7    **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: Mr. Hoyt is alleged to have violated standard condition number 1 by leaving the Eastern District of Washington without permission of the Court or probation officer. Specifically, on November 14, 2021, Mr. Hoyt was located in Kootenai County, Idaho, by officers with the Post Falls Police Department following a call for service regarding a suspicious person, where he was arrested for: burglary, possession of burglary tools, possession of controlled substance - methamphetamine, possession of controlled substance - marijuana, and possession of drug paraphernalia, pursuant to PFPD incident report number 21PF32388. Mr. Hoyt did not have permission to be in Post Falls, Idaho, on that date.

On April 17, 2020, Mr. Hoyt signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Hoyt was made aware by his U.S. probation officer that he shall not leave the judicial district without the permission of the Court or probation officer.

8    **Standard Condition #6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

Prob12C
**Re: Hoyt, Kregg Anthony**
**November 19, 2021**
**Page 3**

|   |   |
|---|---|
|   | **Supporting Evidence**: Mr. Hoyt is alleged to have violated standard condition number 6 by changing his residence without obtaining approval by the undersigned officer. Specifically, on November 8, 2021, the undersigned received a telephone call from Mr. Hoyt's mother. While communicating with her, the undersigned was informed that Mr. Hoyt had not resided in the approved address on record for approximately 2 months. This officer was further informed the door locks had been changed months ago and Mr. Hoyt does not have access, nor is he welcome at the residence. The whereabouts of his residence remains unknown. |
|   | On April 17, 2020, Mr. Hoyt signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Hoyt was made aware by his U.S. probation officer that he shall notify the probation officer at least ten days prior to any change in residence. |
| 9 | **Special Condition #16**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence**: Mr. Hoyt is alleged to have violated special condition number 16 of his supervised release by failing to submit urine samples for testing as directed by the supervising officer on November 5 and 14, 2021. |
|   | On April 17, 2020, Mr. Hoyt signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Hoyt was made aware by his U.S. probation officer that he was to submit to urinalysis (UA) testing as directed by the supervising officer |
|   | On April 28, 2021, Mr. Hoyt was placed on random urinalysis testing with PHS and is required to provide a urine sample when his assigned color was identified for testing. Mr. Hoyt was reported as a "no show" on November 5 and 14, 2021, and he failed to provide a urine sample. This was confirmed by a PHS UA attendance roster. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/19/2021

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
**Re: Hoyt, Kregg Anthony**
**November 19, 2021**
**Page 4**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Thomas O. Rice
United States District Judge

_November 19, 2021_____
Date