PROB 12C
(6/16)

Report Date: July 14, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kregg Anthony Hoyt          Case Number: 0980 2:14CR00168-TOR-10

Address of Offender: ███████, Colfax, Washington 99111

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 21, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 & 1349 |
| Original Sentence: | Prison - 71 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(09/22/2022) | Prison - 14 months<br>TSR - 45 months |
| Asst. U.S. Attorney: | George JC Jacobs, III |
| | Date Supervision Commenced: December 29, 2022 |
| Defense Attorney: | Lorinda Meir Youngcourt |
| | Date Supervision Expires: September 28, 2026 |

### PETITIONING THE COURT

To issue a summons.

On January 4, 2023, Mr. Hoyt signed his judgment indicating he understood all conditions ordered by the Court.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: It is alleged that Mr. Hoyt violated the conditions of his supervised release by using methamphetamine and fentanyl on or about June 25, 2023.<br><br>On June 26, 2023, Mr. Hoyt admitted to this officer, and via a signed document, that he last used methamphetamine and fentanyl on or about June 25, 2023. |
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: It is alleged that Mr. Hoyt violated the conditions of his supervised release by using methamphetamine and fentanyl on or about June 27, 2023. |

Prob12C
**Re: Hoyt, Kregg Anthony**
**July 14, 2023**
**Page 2**

On June 30, 2023, Mr. Hoyt provided a urine sample that tested presumptive positive for fentanyl. Prior to this urinalysis test, Mr. Hoyt admitted to the undersigned, and via a signed document, that he last used fentanyl on or about June 27, 2023.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/14/2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge

July 14, 2023
Date