PROB 12C
(6/16)

Report Date: August 22, 2023

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 22, 2023

SEAN F. McAVOY, CLERK

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kregg Anthony Hoyt | Case Number: 0980 2:14CR00168-TOR-10 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇, Washington 99111 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 21, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 & 1349 | | |
| Original Sentence: | Prison - 71 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(09/22/2022) | Prison - 14 months<br>TSR - 45 months | | |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: | December 29, 2022 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: | September 28, 2026 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/14/2023.

On January 4, 2023, Mr. Hoyt signed his judgment indicating he understood all conditions ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: It is alleged that Mr. Hoyt violated the conditions of his supervised release by using fentanyl on or about August 17, 2023.<br><br>On August 21, 2023, the undersigned spoke to Mr. Hoyt and his father via telephone. It was at this time Mr. Hoyt admitted to last using fentanyl on or about August 17, 2023. Mr. Hoyt's father explained that due Mr. Hoyt's substance use he was suffering from severe detoxification in which he had to call the ambulance on or about August 18, 2023, which resulted in him going to a hospital in St. Maries, Idaho. |

Prob12C
**Re: Hoyt, Kregg Anthony**
**August 22, 2023**
Page 2

| | | |
|---|---|---|
| | 4 | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |

**Supporting Evidence**: It is alleged that Mr. Hoyt violated the conditions of his supervised release by leaving the judicial district where he is authorized to reside on or about August 18-21, 2023, without first getting permission from the Court or the probation officer.

On August 21, 2023, the undersigned spoke to Mr. Hoyt and his father via telephone. Mr. Hoyt's father explained that due to Mr. Hoyt's substance abuse he had been staying at his residence in St. Maries, Idaho, since on or about August 18, 2023. Mr. Hoyt did not have permission from U.S. Probation to leave the Eastern District of Washington, nor did he inquire about going to the District of Idaho.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 22, 2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.

Thomas O. Rice
United States District Judge
August 22, 2023
Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**MATTHEW L. THOMPSON**
CHIEF PROBATION OFFICER
U.S. COURTHOUSE
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA  99210-0306
(509) 742-6300 / fax (509) 742-6339

August 22, 2023

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA  98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA  99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO    Spokane

Honorable Thomas O. Rice
United States District Judge
Thomas S. Foley U.S. Courthouse
P.O. Box 1493
Spokane, WA  99201



**RE: Hoyt, Kregg Anthony**
**Dkt. No. 0980 2:14CR00168-TOR-10**
**Custody Status: Continues Under Supervision**
<u>**Violation Report #2**</u>

Dear Judge Rice:

Attached for the Court's review is a petition for action on the above-captioned offender. The circumstances of the alleged noncompliant behavior are reported therein.

<u>**Compliance with Supervision Conditions:**</u>

As the Court may recall, a violation petition was filed with the Court on July 14, 2023, in which a summons was issued. It was alleged Mr. Hoyt used fentanyl and methamphetamine on two separate occasions. On August 3, 2023, Mr. Hoyt made an initial appearance before U.S. Magistrate Judge Ekstrom, via a summons, and the government did not pursue detention at that time. A supervised release revocation hearing was set before Your Honor on September 22, 2023.

As noted on the attached petition, it is again being alleged Mr. Hoyt is using illicit substances, and unfortunately this has resulted in a hospital stay. On August 16, 2023, at approximately 8:40 p.m., Mr. Hoyt left the undersigned a 3 minute and 25 second voice mail in which he was apparently having issues with his live-in girlfriend and he intended to check himself into inpatient treatment on August 17, 2023.

On August 21, 2023, Mr. Hoyt's father opined they have attempted to get Mr. Hoyt into various inpatient treatment and/or detoxification facilities without success since August 18, 2023. The undersigned directed Mr. Hoyt to report to the U.S. Probation Office on August

**Re: Hoyt, Kregg Anthony**
**August 22, 2023**
**Page 2**

22, 2023. Given the information noted herein, an arrest warrant is respectfully recommended at this time. Should Mr. Hoyt report as directed on August 22, 2023, the undersigned would support Mr. Hoyt going to inpatient treatment once assessed at the Spokane County Jail.

### Offender Characteristics:

Mr. Hoyt resides with his girlfriend in Colfax, Washington. He is currently unemployed, though was previously working with Garco Construction.

Mr. Hoyt was participating in outpatient treatment at Spokane Addiction Recovery Centers in conjunction with phase urinalysis testing. A progress report detailing Mr. Hoyt's progress has not yet been provided for August 2023.

### Statutory and Guideline Provisions:

Pursuant to 18 U.S.C. § 3583(e)(3), the Court may revoke a term of supervised release, and require the defendant to serve in prison all or part of the term of supervised release authorized by statute for the offense that resulted in such term of supervised release, except that a defendant whose term is revoked under this paragraph may not be required to serve on any such revocation more than 5 years in prison if the offense that resulted in the term of supervised release is a class A felony, more than 3 years in prison if such offense is a class B felony, more than 2 years in prison if such offense is a class C or D felony, or more than 1 year in any other case.

Pursuant to 18 U.S.C. § 3583(h), when a term of supervised release is revoked and the defendant is required to serve a term of imprisonment, the Court may include a requirement that the defendant be placed on a term of supervised release after imprisonment. The length of such a term of supervised release shall not exceed the term of supervised release authorized by statute for the offense that resulted in the original term of supervised release less any term of imprisonment that was imposed upon revocation of supervised release.

As a cost-containment measure, in March 2004, the Judicial Conference endorsed a non-binding policy that substantially restrains enhanced sentencing authority. This policy was incorporated in our agency's Monograph 109, *The Supervision of Federal Offenders:*

*Although it is statutorily permissible to impose a new term of supervised release in most post-April 30, 2003, cases, officers should ordinarily recommend a new supervised release sentence only when the prison time imposed for the current violation, plus any prison time imposed for a prior revocation(s) of this term of supervised release, is less than the maximum prison term set forth at 18 § 3583(e)(3).*

If revoked, the following options are available for sentencing:

Re: Hoyt, Kregg Anthony
August 22, 2023
Page 3

**Original Criminal History Category:** V
**Grade of Violation:** C
**Class of Offense:** Class B Felony

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **CUSTODY:** | Not more than 3 years | 7-13 months |
| **SUPERVISED RELEASE:** | 45 months minus custody imposed | 45 months minus custody imposed |

It is respectfully recommended that the Court issue a warrant and incorporate the violation(s) contained in the petition with the violation(s) previously reported to the Court, requiring Kregg Anthony Hoyt to appear to answer to the allegation(s) in the attached petition.

Respectfully submitted,

Matthew L. Thompson
Chief U.S. Probation Officer

By: s/Jonathan C. Bot                                  08/22/2023
    Jonathan C. Bot                                        Date
    U.S. Probation Officer

APPROVED BY:

s/SanJuanita B. Coronado        08/22/2023
SanJuanita B. Coronado                Date
Supervisory U.S. Probation Officer

JCB:ab